United States District Court
Southern District of Texas
**ENTERED**
February 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TERRELL FISHER, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00032 |
| ROBERT M. SMITH, | § § § | |
| Defendant. | § § | |

## OPINION AND ORDER OF TRANSFER

Plaintiff Terrell Fisher, appearing *pro se*, has filed a prisoner civil rights action pursuant to 42 U.S.C. § 1983. (D.E. 1). Plaintiff is currently assigned to the Joe Ney Unit in Hondo, Texas. In his complaint, Plaintiff sues Robert M. Smith who is employed by the University of Texas Medical Branch and works as a dentist at the Hondo Unit. Plaintiff alleges that Smith has failed to provide him with dentures.

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

The Joe Ney Unit is located in Medina County, Texas. Plaintiff and Smith each reside in Medina County, and the events forming the basis of Plaintiff's complaint occurred in Medina County. (D.E. 1). There is no nexus to the Corpus Christi Division of the Southern District of Texas. Because the Joe Ney Unit is located within the San Antonio Division of the Western District of Texas, the interests of justice would be served by a transfer to that court.

Accordingly, **IT IS ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Western District of Texas, San Antonio Division. The Clerk is **DIRECTED** to close this case in this division.

ORDERED on February 17, 2022.

                                                          Julie K. Hampton
                                                        United States Magistrate Judge